

**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

FILED

SEP - 5 2007
SEP 5 2007
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

MARY R. WOODS,                              )
                                            )
                Plaintiff,                  )
                                            )
        vs.                                 )     07CV5006
                                            )     JUDGE HIBBLER
PELLETTIERI & ASSOCIATES, LTD.,             )     MAG.JUDGE COLE
and MIRAMED REVENUE GROUP, LLC;             )
                                            )
                Defendants.                 )
                                            )

## COMPLAINT

### INTRODUCTION

1.      Plaintiff brings this action to secure redress from unlawful credit and
collection practices engaged in by defendant Pellettieri & Associates, Ltd., a "Division" of
defendant MiraMed Revenue Group, LLC.   Plaintiff alleges violation of the Fair Debt Collection
Practices Act, 15 U.S.C. §1692 et seq. ("FDCPA").

### VENUE AND JURISDICTION

2.      This Court has jurisdiction under 15 U.S.C. §1692k (FDCPA), 28  U.S.C.
§1331 and 28 U.S.C. §1337.

3.      Venue and personal jurisdiction in this District are proper because:

        a.      Defendants' collection communications were received by plaintiff
within this District;

        b.      Defendants do business within this District.

        c.      Defendants are located within the District.

### PARTIES

4.      Plaintiff  is an individual who resides in Fort Wayne, Indiana.

5.      Defendant Pellettieri & Associates, Ltd. is an Illinois corporation with
offices at 991 Oak Creek Drive, Lombard, IL 61048.  Its registered agent and office are CT
Corporation Systems, 208 S. LaSalle St., Suite 814, Chicago, IL 60604.

1

6.     Defendant Pellettieri & Associates, Ltd. is engaged in the business of using the mails and telephone to collect consumer debts, mostly health care debts, originally owed to others.

7.     Defendant Pellettieri & Associates, Ltd. is a debt collector as defined in the FDCPA.

8.     Defendant Pellettieri & Associates, Ltd. holds itself out as a "Division" of MiraMed Revenue Group, LLC.

9.     Defendant MiraMed Revenue Group, LLC is a limited liability company chartered under Illinois law with offices at 991 Oak Creek Drive, Lombard, IL 61048. Its registered agent and office is DG Agents, Inc., 10 S. Wacker Drive, Suite 2300, Chicago, IL 60606.

10.    Defendant MiraMed Revenue Group, LLC is engaged in the business of using the mails and telephone to collect consumer debts, mostly health care debts, originally owed to others.

11.    Defendant MiraMed Revenue Group, LLC is a debt collector as defined in the FDCPA.

## FACTS

12.    On or about June 12, 2007, plaintiff was sent the collection letter attached as Exhibit A, seeking to collect defaulted health care debts including Parkview accounts 000370716109, 00037075355, 000370716002, and 00370716003.

13.    Each of these debts was incurred for personal, family or household purposes.

14.    By Letters of January 23, 2007, defendants had previously been notified that plaintiff was represented by counsel with respect to such debts. Exhibits B-E.

15.    Both defendants are responsible for Exhibit A.

## VIOLATIONS COMPLAINED OF

2

16.    Defendants thereby violated 15 U.S.C. §1692c, by contacting a

represented debtor directly.

17.    Section 1692c provides:

**§ 1692c.    Communication in connection with debt collection
[Section 805 of P.L.]**

(a) **Communication with the consumer generally**--Without the prior
consent of the consumer given directly to the debt collector or the express
permission of a court of competent jurisdiction, a debt collector may not
communicate with a consumer in connection with the collection of any debt– . . .

(2)    if the debt collector knows the consumer is represented by an
attorney with respect to such debt and has knowledge of, or can readily
ascertain, such attorney's name and address, unless the attorney fails to
respond within a reasonable period of time to a communication from the
debt collector or unless the attorney consents to direct communication with
the consumer; . . .

WHEREFORE, the Court should enter judgment in favor of plaintiff and against

defendant for:

(1)    Statutory damages;

(2)    Attorney's fees, litigation expenses and costs of suit;

(3)    Such other and further relief as the Court deems proper.

_____
Daniel A. Edelman

Daniel A. Edelman
Cathleen M. Combs
James O. Latturner
Francis R. Greene
EDELMAN, COMBS, LATTURNER
    & GOODWIN, L.L.C.
120 S. LaSalle Street, 18th Floor
Chicago, Illinois  60603
(312) 739-4200
(312) 419-0379 (FAX)

3

## **JURY DEMAND**

Plaintiff demands trial by jury.

Daniel A. Edelman

4

## **NOTICE OF LIEN**

Please be advised that we claim a lien upon any recovery herein for 1/3 or such amount as a court awards.

Daniel A. Edelman

Daniel A. Edelman
EDELMAN, COMBS, LATTURNER
    & GOODWIN, LLC
120 S. LaSalle Street, 18th Floor
Chicago, Illinois 60603
(312) 739-4200
(312) 419-0379 (FAX)

5

**EXHIBIT A**

**NOTICE OF AMOUNT DUE**

**PELLETTIERI & ASSOCIATES, LTD**
A Division of MiraMed Revenue Group, LLC

RE: PARKVIEW HOSPITAL  INC.

STATEMENT DATE:      June 12, 2007
ACCOUNT NUMBER:      000370717012

AMOUNT DUE:      $1642.38
REFERENCE#:      3836558

**ADDRESSEE:**

Marv R Woods

**MAKE CHECKS PAYABLE TO:**

Pellettieri & Associates
991 Oak Creek Drive
Lombard  IL 60148

Redacted

**** PLEASE CALL ****
Phone: (630) 424-4000 • Fax: (630) 424-4002
Outside Illinois: (800) 837-2458
Pay Online at www.pnapayment.com

This firm represents the creditor named above.  Your account has been referred to this office for collection because the amount shown above is past due.

We request payment in full.  If you cannot pay the amount due, but wish to make payments on this overdue debt, please call this office with your proposal and we will discuss payment terms.

You can mail payments to us at the address listed above.  We will also accept payment by credit card or check-by-phone at the phone numbers listed above, or you can pay online at www.pnapayment.com.

Unless you notify this office within 30 days after receiving this notice that you dispute the validity of this debt, or any portion thereof, this office will assume this debt is valid.  If you notify this office in writing within 30 days from receiving this notice that you dispute the validity of this debt, this office will obtain verification of the debt or obtain a copy of a judgment and mail you a copy of such judgment or verification.  If you request of this office in writing within 30 days after receiving this notice, this office will provide you with the name and address of the original creditor, if different from the current creditor.

This communication is from a debt collector.  This is an attempt to collect a debt and any information obtained will be used for that purpose.

Thank you,

Pellettieri & Associates, LTD

Please include your reference# on payment
Please see reverse side for account(s) and dates of service

*** Please Return Bottom Portion With Payment ***          000310PAPC1PKTTY66F006F2

TY66F006F2

Pellettieri & Associates, LTD
PO Box 536
Linden MI 48451-0536
**ADDRESS SERVICE REQUESTED**

| | |
|---|---|
| Letter Date | : 06/12/07 |
| Reference# | : 3836558 |
| Account# | : 000370717012 |
| Creditor: | PARKVIEW HOSPITAL  INC. |
| Amount Due | : $1642.38 |
| Date of Service | : 01-12-2007 |
| Patient | : WOODS MARY R |

**MAKE CHECKS PAYABLE TO:**

#BWNKGZZ
#TY66F006F2#      3836558-PLD1PKT
Mary R Woods

Pellettieri & Associates
991 Oak Creek Drive
Lombard  IL 60148

Redacted

*Your accounts are listed below:*

| ACCOUNT # | DATE OF SERVICE | BALANCE DUE |
|---|---|---|
| 000370716301 | 10-28-2006 | $125.67 |
| 000370715363 | 01-02-2006 | $912.00 |
| 000370716721 | 10-03-2006 | $27.36 |
| 000370716168 | 06-17-2006 | $33.82 |
| 000370716719 | 08-01-2006 | $82.08 |
| 000370716002 | 01-02-2006 | $51.23 |
| 000370716003 | 01-03-2006 | $33.82 |
| 000370715355 | 12-21-2005 | $122.19 |
| 000370716109 | 04-19-2006 | $37.32 |
| 000370716720 | 09-19-2006 | $13.68 |
| 000370716131 | 05-10-2006 | $20.17 |
| 000370716160 | 06-09-2006 | $8.57 |
| 000370716268 | 09-25-2006 | $8.57 |
| 000370717018 | 01-18-2007 | $72.00 |
| 000370717012 | 01-12-2007 | $93.90 |

*May include additional accounts not listed.  Please call for details.*



IF PAYING BY CREDIT CARD PLEASE FILL OUT BELOW, CHECK CARD USED FOR PAYMENT

CARD NUMBER       EXP. DATE

SIGNATURE       AMOUNT PAID

*Complete Section below if you carry any insurance that has not been billed*

Employer       Address       Telephone

Insurance or HMO       Insured Employee's Name

Group or Policy Number(s)       Policy Holder's Social Security Number

Claim Mailing Address       Certification Authorization Number if Required

**EXHIBIT B**

*Debt Counsel for Seniors & the Disabled*

# DCSD

January 23, 2007

Collections Manager
Pellettieri & Associates, P.C.
991 Oak Creek Drive
Lombard, IL601486408

>       Re:    **Mrs. Mary Woods**
>              **Account No: Ref#3418911Re:Parkview000370716109**

Dear sir/madam:

We represent the above-mentioned client for the purpose of assisting them in dealing with their delinquent debts. After analyzing our client's income and expense ratio, we find that the client is not even a candidate for filing bankruptcy since they cannot afford the bankruptcy fees and do not have any assets which could be distributed to creditors.

In view of the foregoing, we fear that our client is judgment proof and we request that you cease attempting to collect the debt owed to you. Our client is insolvent and does not have sufficient property within the jurisdiction of any court to satisfy a judgment. Furthermore, our client's only income is from social security, disability, veteran's benefits or an ERISA plan. This income is protected from execution, levy, attachment, garnishment, other legal process or to the operation of any bankruptcy or insolvency law under Title 42 of the United States Code.

Because we provide this client with legal representation, we also request that you cease contacting our client with regards to this debt even if you are exempt under the federal Fair Debt Collection Practices Act. If you continue to contact our client, we will be forced to pursue all legal remedies on behalf of our client. Please note, however, if our client's financial situation should change or we cease representation, you will be notified as soon as possible.

If we can provide any further information concerning this matter, please feel free to contact us.

Sincerely,

Jerome S. Lamet
Jerome S. Lamet
Debt Counsel for Seniors and the Disabled

D15:fairdebt

COPY

**Jerome S. Lamet, Supervising Attorney**
The Pontiac Building
542 South Dearborn
Suite 1260
Chicago, Illinois 60605
V: (312) 939-2221
F: (312) 939-2741

**EXHIBIT C**

*Debt Counsel for Seniors & the Disabled*

# DCSD

January 23, 2007

Collections Manager
Pellettieri & Associates, P.C.
991 Oak Creek Drive
Lombard, IL601486408

     Re:   **Mrs. Mary Woods**
             **Account No: Ref#3245968Re:00370716003**

Dear sir/madam:

     We represent the above-mentioned client for the purpose of assisting them in dealing with their delinquent debts. After analyzing our client's income and expense ratio, we find that the client is not even a candidate for filing bankruptcy since they cannot afford the bankruptcy fees and do not have any assets which could be distributed to creditors.

     In view of the foregoing, we fear that our client is judgment proof and we request that you cease attempting to collect the debt owed to you. Our client is insolvent and does not have sufficient property within the jurisdiction of any court to satisfy a judgment. Furthermore, our client's only income is from social security, disability, veteran's benefits or an ERISA plan. This income is protected from execution, levy, attachment, garnishment, other legal process or to the operation of any bankruptcy or insolvency law under Title 42 of the United States Code.

     Because we provide this client with legal representation, we also request that you cease contacting our client with regards to this debt even if you are exempt under the federal Fair Debt Collection Practices Act. If you continue to contact our client, we will be forced to pursue all legal remedies on behalf of our client. Please note, however, if our client's financial situation should change or we cease representation, you will be notified as soon as possible.

     If we can provide any further information concerning this matter, please feel free to contact us.

Sincerely,

*Jerome Lamet*

Jerome S. Lamet
Debt Counsel for Seniors and the Disabled

D15:fairdebt

Jerome S. Lamet, **Supervising Attorney**
The Pontiac Building
542 South Dearborn
Suite 1260
Chicago, Illinois 60605
V: (312) 939-2221
F: (312) 939-2741

**EXHIBIT D**

*Debt Counsel for Seniors & the Disabled*

# DCSD

January 23, 2007

Collections Manager
Pellettieri & Associates, P.C.
991 Oak Creek Drive
Lombard, IL601486408

      Re:    **Mrs. Mary Woods**
               **Account No: Ref:3245966Re:Parkview000370716002**

Dear sir/madam:

    We represent the above-mentioned client for the purpose of assisting them in dealing with their delinquent debts. After analyzing our client's income and expense ratio, we find that the client is not even a candidate for filing bankruptcy since they cannot afford the bankruptcy fees and do not have any assets which could be distributed to creditors.

    In view of the foregoing, we fear that our client is judgment proof and we request that you cease attempting to collect the debt owed to you. Our client is insolvent and does not have sufficient property within the jurisdiction of any court to satisfy a judgment. Furthermore, our client's only income is from social security, disability, veteran's benefits or an ERISA plan. This income is protected from execution, levy, attachment, garnishment, other legal process or to the operation of any bankruptcy or insolvency law under Title 42 of the United States Code.

    Because we provide this client with legal representation, we also request that you cease contacting our client with regards to this debt even if you are exempt under the federal Fair Debt Collection Practices Act. If you continue to contact our client, we will be forced to pursue all legal remedies on behalf of our client. Please note, however, if our client's financial situation should change or we cease representation, you will be notified as soon as possible.

    If we can provide any further information concerning this matter, please feel free to contact us.

Sincerely,

*Jerome S. Lamet*

Jerome S. Lamet
Debt Counsel for Seniors and the Disabled

COPY

D15:fairdebt

---

**Jerome S. Lamet, Supervising Attorney**
The Pontiac Building
542 South Dearborn
Suite 1260
Chicago, Illinois 60605
V: (312) 939-2221
F: (312) 939-2741

**EXHIBIT E**



*Debt Counsel for Seniors & the Disabled*

January 23, 2007

Collections Manager
Pellettieri & Associates, P.C.
991 Oak Creek Drive
Lombard, IL601486408

Re:     **Mrs. Mary Woods**
        **Account No: Ref#3259276 Re:Parview00037075355**

Dear sir/madam:

    We represent the above-mentioned client for the purpose of assisting them in dealing with their delinquent debts. After analyzing our client's income and expense ratio, we find that the client is not even a candidate for filing bankruptcy since they cannot afford the bankruptcy fees and do not have any assets which could be distributed to creditors.

    In view of the foregoing, we fear that our client is judgment proof and we request that you cease attempting to collect the debt owed to you. Our client is insolvent and does not have sufficient property within the jurisdiction of any court to satisfy a judgment. Furthermore, our client's only income is from social security, disability, veteran's benefits or an ERISA plan. This income is protected from execution, levy, attachment, garnishment, other legal process or to the operation of any bankruptcy or insolvency law under Title 42 of the United States Code.

    Because we provide this client with legal representation, we also request that you cease contacting our client with regards to this debt even if you are exempt under the federal Fair Debt Collection Practices Act. If you continue to contact our client, we will be forced to pursue all legal remedies on behalf of our client. Please note, however, if our client's financial situation should change or we cease representation, you will be notified as soon as possible.

    If we can provide any further information concerning this matter, please feel free to contact us.

Sincerely,

Jerome S. Lamet

Jerome S. Lamet
Debt Counsel for Seniors and the Disabled

D15:fairdebt

COPY

**Jerome S. Lamet, Supervising Attorney**
The Pontiac Building
542 South Dearborn
Suite 1260
Chicago, Illinois 60605
V: (312) 939-2221
F: (312) 939-2741